IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RODERICK WASHINGTON,** | ) | 1:05-cv-01490- OWW WMW HC |
| Petitioner, | ) ) | ORDER DIRECTING CLERK OF COURT TO |
| vs. | ) ) | ADMINISTRATIVELY CLOSE CASE |
| **J. WOODWARD, DIRECTOR,** | ) ) | |
| Respondent. | ) ) ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The petition filed in this case is a duplicate of the petition filed in 1:05-cv-1484 OWW WMW. Accordingly, the Clerk of the Court shall administratively close this case. Nothing further shall occur in this case, and the issues raised will be addressed in 1:05-cv-1484 OWW WMW.

IT IS SO ORDERED.

1 | **Dated:** **February 7, 2007**          /s/ Oliver W. Wanger
   | emm0d6                                  UNITED STATES DISTRICT JUDGE