

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RODERICK WASHINGTON,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:05-CV-1490 OWW/WMW HC

J. WOODWARD,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____    Granted for the following reason:

_____

_____

_____

___X___   Denied for the following reason:
          DUPLICATE PETITION. SECOND OR
          SUBJECT TO TYLER STRIKES

Dated: 2-19-08

OLIVER W. WANGER
United States District Judge